IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| RAYMOND B. FARMER and | ) | CHAPTER 11 CASE NO. 10-40269 |
| DIANE P. FARMER, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| JOSHUA FARMER AND | ) | |
| ANDREA FARMER, | ) | CHAPTER 11 CASE NO. 10-40270 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| JOSHUA B. FARMER, AND WIFE | | |
| ANDREA G. FARMER, | | |
| | | ADV. PROC. NO. 10-03306 |
| Plaintiffs | | |
| | | |
| vs. | | |
| | | |
| STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-7; CITIBANK, NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-7; AND EMC MORTGAGE CORPORATION | | |
| | | |
| Defendants. | | |

**STIPULATION EXTENDING TIME TO RESPOND TO DISCOVERY REQUESTS**

Plaintiff and Defendants, by and through counsel, hereby stipulate and agree that Defendants shall have fourteen (14)

days after the docketing of the Court's Order or decision on Defendants' Motion to Dismiss (docket #8) to file a response and/or answer Plaintiffs' discovery requests, including but not limited to Plaintiffs' First Interrogatories and Request for Production of Documents. This Stipulation is made in accordance with Rule 29 of the Federal Rules of Civil Procedure as made applicable by Rule 7029 of the Federal Rules of Bankruptcy Procedure.

Respectfully submitted.

ROGERS TOWNSEND & THOMAS, PC
Attorneys for Defendants

By: /s/ WW Pettit
William Walt Pettit
N.C. Bar No. 9407
2550 West Tyvola Road
Suite 520
Charlotte, N.C. 28217
Telephone: (704) 442-9500
Telecopier: (704) 442-8595
Email: notices@rtt-law.com


MAX GARDNER LAW, PLLC
Attorneys for Plaintiffs

By: /s/ O. Max Gardner, III
O. Max Gardner, III
N.C. Bar No. 6164
P.O. Box 1000
Shelby, NC 28151
Email: maxgardner@maxgardner.com